IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **15-cv-00543-JLK**

**JESSICA R. GONZALES,**

Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

Defendant.

## ORDER FOR SENTENCE FOUR REMAND AND JUDGMENT

Kane, J.

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 14), and good cause appearing,

**IT IS ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings. On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision. The Appeals Council will direct the ALJ to consolidate Plaintiff's subsequent claim file into a single electronic record and hold a *de novo* hearing.

Dated:  May 19, 2015

_John L. Kane___
SENIOR U.S. DISTRICT JUDGE

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.